MARY KELLEY, as Administratrix of the Estate of ELLEN NEVILLE, Deceased, Appellant, *v.* THE BUFFALO SAVINGS BANK, Respondent.

(Submitted March 6, 1905; decided March 14, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 171.)

---

WORLD'S DISPENSARY MEDICAL ASSOCIATION, Respondent, *v.* THE CURTIS PUBLISHING COMPANY, Appellant.

*World's Dispensary Medical Co.* v. *Curtis Publishing Co.*, 98 App. Div. 634, affirmed.
(Argued February 22, 1905; decided March 17, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 30, 1904, which affirmed an order of Special Term striking out certain portions of the answer as irrelevant.

The following question was certified : " Should the allegations of the amended answer of the defendant, which were stricken out by the said order of the Special Term as irrelevant, have been so stricken out ? "

*Louis L. Babcock* for appellant.

*Norris Morey* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.